**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHARDE SHANICE NOWDEN | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4-17CV00855 SWW |
| | * | |
| FABER and BRAND LLC, ET AL. | * | |
| DEFENDANTS | * | |
| | * | |
| | * | |
| | * | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's notice of dismissal [ECF No. 5], reporting that the parties have resolved this matter and asking the Court to dismiss the case with prejudice. In accordance with Plaintiff's notice and Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 8TH DAY OF MARCH, 2018.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE